Certificate Number: 17572-NYW-DE-036713700

Bankruptcy Case Number: 22-10605



17572-NYW-DE-036713700

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on July 27, 2022, at 6:10 o'clock AM PDT, Demetrios Papavramidis completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of New York.

Date: July 27, 2022

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor